UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMERON TAYLOR,<br>Plaintiff,<br>-v.-<br>WHOLE FOODS MARKET GROUP, INC.,<br>Defendant. | 25 Civ. 8293 (KPF)<br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On August 13, 2026, the Court was notified that mediation in this matter was unsuccessful. Accordingly, the parties are ORDERED to attend a telephonic pretrial conference on **September 2, 2026**, at **3:00 p.m.** At the designated time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

SO ORDERED.

Dated: August 17, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge