Fishman McIntyre Levine Samansky P.C.

STANLEY P. FISHMAN*
CHRISTOPHER E. McINTYRE > +
MITCHELL B. LEVINE*
SCOTT D. SAMANSKY**
CASSANDRA A. WILLOCK*
PETER J. MURANO, III*
MARK N. KEDDIS*
KEVIN J. DONNELLY *
ANN MARIE F. KANE*
CAROLINE PAPADATOS*
MOHAMED MAZZY *

NEW YORK OFFICE
521 FIFTH AVENUE, 17th Fl.
New York, NY 10175
Tel (212) 461-7190
Fax (973) 560-0060

120 EAGLE ROCK AVENUE
EAST HANOVER, NJ 07936
Telephone (973) 560-9000
Fax (973) 560-0060

> NJ BAR
< NY BAR
å NJ, NY & CT BARS
**NJ & DC BARS
* NJ & NY BARS

+ Certified by the Supreme Court of NJ as a Civil Trial Attorney

www.fishmanmcintyre.com


August 26, 2026

**MEMO ENDORSED**

**Via ECF**

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Taylor v Whole Foods Market Group, Inc.**
**Case No.: 1:25-cv-08293 (KPF)**
**Our File No.: WH-181**

Dear Judge Failla:

This office represents the defendant, Whole Foods Market Group, Inc., in the above captioned matter. This case is currently scheduled before Your Honor for an telephonic Pre-Trial Conference on September 2, 2026 at 3:00 p.m. Please accept this correspondence as a request for a two (2) week adjournment of the Pre-Trial Conference to September 15, 2026.

The reason for the adjournment is that I along with several of my colleagues will be leaving the firm of Fishman McIntyre Levine Samansky P.C on August 31, 2026. We will be joining the Goldberg Miller Rubin firm on September 1, 2026. I will continue to represent the defendant in the above-referenced matter at this firm.

The two-week adjournment will allow for the transition to the new firm. A Consent to Change Attorney will be executed and then a Notice of Appearance on my behalf will be filed with this Court.

I have conferred with Gennady Voldz, plaintiff's counsel, and he has consented to the adjournment of the Pre-Trial Conference. This is the first request for an adjournment.

I thank the Court for its consideration.

Respectfully,

Caroline Papadatos, Esq.
Fishman McIntyre Levine Samansky P.C.
Attorneys for Defendant

cc: Gennady Voldz at Voldz Law P.C.(Via ECF)

Application GRANTED. The pretrial conference is hereby ADJOURNED to **September 16, 2026, at 12:00 p.m.** As before, the conference will be telephonic. The dial-in information is as follows: At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 22.

Dated: August 27, 2026
New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE