UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMERON TAYLOR,<br>Plaintiff,<br>-v.-<br>WHOLE FOODS MARKET GROUP, INC.,<br>Defendant. | 25 Civ. 8293 (KPF)<br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the parties' joint letter filed on September 15, 2026. (Dkt. #24). Pursuant to the Case Management Plan (Dkt. #9), which the Court reminded the parties of on Friday, September 11, 2026, and Monday, September 14, 2026, the parties' joint letter was due on the preceding Thursday.

Although defense counsel's recent change in law firm may explain the parties' delay in submitting the joint letter, it does not explain the many deficiencies in the contents of that belatedly filed letter. The parties joint letter addressed the status of the parties' failed settlement discussions, but did not address any other information required under the Case Management Plan, including: (i) a statement of all existing deadlines, due dates, and/or cut-off dates, (ii) a brief description of any outstanding motions, (iii) a brief description of the status of discovery and of any additional discovery that needs to be completed, (iv) a statement of the anticipated length of trial and whether the case is to be tried to a jury, (v) a statement of whether the parties anticipate filing motions for summary judgment, including the basis of any such motion,

and (vi) any other issue that the parties would like to address at the pretrial conference or any information that the parties believe may assist the Court in advancing the case to settlement or trial.

Therefore, the parties are ORDERED to submit a corrected joint status letter in conformity with the Case Management Plan no later than **September 15, 2026, at 11:59 p.m.** To the extent that there are no existing deadlines, outstanding motions, additional discovery, or any other non-applicable fields, the Court expects that the parties will acknowledge that in their corrected letter.

SO ORDERED.

Dated: September 15, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge