UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMERON TAYLOR,

Plaintiff,

-v.-

WHOLE FOODS MARKET GROUP, INC.,

Defendant.

25 Civ. 8293 (KPF)

**SCHEDULING ORDER**

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that the following trial schedule will be in effect:

- Trial will be set to begin on **June 21, 2027, at 9:00 a.m.**;
- The parties' Joint Pretrial Order, motions in limine, requests to charge, proposed voir dire questions, and any pretrial memoranda of law will be due **May 28, 2027**;
- Any opposition papers will be due **June 4, 2027**; and
- The final pre-trial conference will be scheduled for **June 14, 2027, at 11:00 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: September 25, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge